IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Martin J. Walsh,<br>    Secretary of Labor,<br>    United States Department of Labor,<br><br>                Plaintiff,<br>v.<br><br>Irwin Drug, Inc.,<br><br>                Defendant. | Case No. 3:21-cv-00161-REP<br><br>Entry of Default |

It appearing that Irwin Drug, Inc. is in default for failure to respond or otherwise defend in this action, as required by law; now, therefore, on application of Plaintiff, Martin J. Walsh, Secretary of Labor, United States Department of Labor, acting through his attorneys of record, DEFAULT IS HEREBY ENTERED against Defendant Irwin Drug, Inc. this __27th__ day of __July_____, 2021.

                                        /s/ Jackie Hildebrand
                                        Deputy Clerk, United States District Court